| | |
|---|---|
| **FULBRIGHT & JAWORSKI LLP**<br>ROBERT M. DAWSON (81790)<br>555 South Flower Street,<br>Forty-First Floor<br>Los Angeles, California  90071<br>Telephone:   (213) 892-9200<br>Facsimile:    (213) 892-9494<br>robert.dawson@nortonrosefulbright.com<br><br>MARC B. COLLIER (*pro hac vice*)<br>GILBERT A. GREENE (*pro hac vice*)<br>98 San Jacinto Boulevard, Suite 1100<br>Austin, Texas  78701<br>Telephone:   (512) 474-5201<br>Facsimile:    (512) 536-4598<br>bert.greene@ nortonrosefulbright.com<br>marc.collier@ nortonrosefulbright.com<br><br>Attorneys for Plaintiff<br>SILICON LABORATORIES INC. | **SUSMAN GODFREY L.L.P.**<br>BRYAN J.E. CAFORIO (261265)<br>1901 Avenue of the Stars, Suite 950<br>Los Angeles, CA 90067<br>Phone: (310) 789-3100<br>Fax: (310) 789-3150<br>bcaforio@susmangodfrey.com<br><br>PARKER C. FOLSE, III (*pro hac vice*)<br>GENEVIEVE VOSE WALLACE (*pro hac vice*)<br>1201 Third Avenue, Suite 3800<br>Seattle, WA 98101<br>Phone: (206) 516-3880<br>Fax: (206) 516-3883<br>pfolse@susmangodfrey.com<br>gwallace@susmangodfrey.com<br><br>Attorneys for Defendant<br>CRESTA TECHNOLOGY CORP. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SILICON LABORATORIES INC., a Delaware Corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>CRESTA TECHNOLOGY CORPORATION, a Delaware Corporation,<br><br>            Defendant. | Civil Action No.  14-cv-03227-PSG<br><br>**JOINT REQUEST AND [PROPOSED] ORDER TO APPEAR TELEPHONICALLY AT THE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Judge: Honorable Paul S. Grewal |

Pursuant to Civ. L.R. 16-10(a) the undersigned, counsel of record for Plaintiff Silicon Laboratories Inc. and Defendant Cresta Technology Corp., jointly request to participate by telephone in the Initial Case Management Conference scheduled for 10:00 a.m. on December 16, 2014.

Dated:  December 9, 2014         FULBRIGHT & JAWORSKI LLP

By /s/ Marc B. Collier
MARC B. COLLIER
Attorneys for Plaintiff
SILICON LABORATORIES INC.

Dated:  December 9, 2014         SUSMAN GODFREY L.L.P.

By /s/ Genevieve Vose Wallace
GENEVIEVE VOSE WALLACE
Attorneys for Defendant
CRESTA TECHNOLOGY CORP.

## ORDER

**IT IS SO ORDERED**, the parties are permitted to participate by telephone in the Initial Case Management Conference on December 16, 2014.  Counsel is directed to call in as follows: Counsel is instructed to contact CourtCall at 866-582-6878 to arrange for telephonic appearance.

Dated: 12/10/2014

Paul S. Grewal
United States Magistrate Judge

41294229.1                                       - 1 -                             Case No. 14-cv-03227-PSG
JOINT REQUEST AND ORDER TO APPEAR TELEPHONICALLY
AT THE INITIAL CASE MANAGEMENT CONFERENCE

DOCUMENT PREPARED
ON RECYCLED PAPER