UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SILICON LABORATORIES INC., ) | Case No. 5:14-cv-03227-PSG |
| ) | |
| Plaintiff, ) | **CASE SCHEDULING ORDER** |
| ) | |
| v. ) | **(Re: Docket No. 35)** |
| ) | |
| CRESTA TECHNOLOGY CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Based on the parties' joint case management statement[1] and this week's case management conference,

IT IS ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case with the following exceptions:

- Each side may take a total of 8 fact depositions per side, limited to 7 hours per individual deposition. Multiple days of deposition of a single witness will count as multiple depositions.

- Each side may take up to 14 hours of 30(b)(6) deposition testimony, irrespective of the number of topics or witnesses designated.

- Each side may take up to 7 hours of deposition testimony of each expert identified by an adverse party for each report provided. If any party identifies a single expert to provide a report related to both infringement and validity, the limit shall be expanded to 14 hours.

---

[1] Docket No. 31.

1

Case Nos. 5:14-cv-03227-PSG
CASE SCHEDULING ORDER

- Each side may serve up to 50 requests for admission, except for requests for admission directed solely to authenticating documents.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is July 6, 2015.

IT IS FURTHER ORDERED that the parties have represented that they are in the process of determining the best course of alternate dispute resolution. If the parties have not come to an agreement within 30 days, the parties shall submit a letter brief to the court seeking a ruling.

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

| | |
|---|---|
| Initial Case Management Conference | December 16, 2014 |
| Last Day to Exchange Initial Disclosures | December 19, 2014 |
| Plaintiff's Initial Disclosure of Asserted Claims/Preliminary Infringement Contentions & Document Production | January 16, 2015 |
| Defendant's Preliminary Invalidity Contentions & Document Production | March 16, 2015 |
| Exchange Proposed Terms & Claim Elements for Construction | April 10, 2015 |
| Exchange Preliminary Claim Constructions | May 8, 2015 |
| Joint Claim Construction & Prehearing Statement | May 18, 2015 |
| Exchange Expert Declarations on Claim Construction | May 18, 2015 |
| Claim Construction Discovery Cut-Off | June 17, 2015 |
| Opening Claim Construction Brief | July 2, 2015 |
| Opposition Claim Construction Brief | July 16, 2015 |
| Reply Claim Construction Brief | July 23, 2015 |
| *Markman* Hearing | July 31, 2015 at 10:00 AM |
| Last Day to Serve Final Infringement Contentions and Motion for Leave to Amend | 30 days after *Markman* Ruling |
| Last Day to Disclose Advice of Counsel | 50 days after *Markman* Ruling |
| Last Day to Serve Final Invalidity Contentions and Motion for Leave to Amend | 60 days after *Markman* Ruling |

| | |
|---|---|
| Parties to Exchange Privilege Logs | July 6, 2015 |
| Fact Discovery Cut-Off | August 3, 2015 |
| Designation of Opening Experts with Reports | October 1, 2015 |
| Designation of Rebuttal Experts with Reports | November 2, 2015 |
| Expert Discovery Cutoff | November 20, 2015 |
| Last Day for Dispositive Motions | December 11, 2015 |
| Opposition Briefs to Dispositive Motions | January 8, 2016 |
| Reply Briefs to Dispositive Motions | January 22, 2016 |
| Dispositive Motions Hearing | January 29, 2016 at 10:00 AM |
| Last Day for Pre-Trial Meet and Confer | February 5, 2016 |
| Last Day to File *Daubert* Motions | February 5, 2016 |
| Last Day to File Joint Pre-Trial Statement | February 19, 2016 |
| Opposition Briefs to *Daubert* Motions | March 4, 2016 |
| Reply Briefs to *Daubert* Motions | March 11, 2016 |
| Pre-Trial Conference | March 18, 2016 at 10:00 AM |
| Jury Trial | March 28, 2016 at 9:30 AM |

**SO ORDERED.**

Dated: December 18, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge

Case Nos. 5:14-cv-03227-PSG
CASE SCHEDULING ORDER

3