UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SILICON LABORATORIES INC., | Case No. 5:14-cv-03227-PSG |
| Plaintiff, | **ORDER RE: MEDIATION** |
| v. | **(Re: Docket No. 39)** |
| CRESTA TECHNOLOGY CORPORATION, | |
| Defendant. | |

Based on the joint letter filed today, the court understands that the parties are in agreement that mediation should be deferred until after the ITC issues its ruling on the merits of the case. The court agrees and orders that the parties submit a joint proposal or separate proposals regarding mediation within 30 days of the ITC's ruling.

**SO ORDERED.**

Dated: January 20, 2015

_PAUL S. GREWAL_
PAUL S. GREWAL
United States Magistrate Judge