Bryan J.E. Caforio (261265)
bcaforio@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Phone: (310) 789-3100
Fax: (310) 789-3150

Parker C. Folse, III (*Pro Hac Vice*)
Washington State Bar No. 24895
pfolse@susmangodfrey.com
Genevieve Vose Wallace (*Pro Hac Vice*)
Washington State Bar No. 38422
gwallace@susmangodfrey.com
Jenna G. Farleigh (288811)
jfarleigh@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Phone: (206) 516-3880
Fax: (206) 516-3883

*Attorneys for Defendant Cresta Technology Corporation*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SILICON LABORATORIES INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CRESTA TECHNOLOGY CORPORATION, a Delaware Corporation,<br><br>Defendant. | Case No: 14-cv-03227-PSG<br><br>**DECLARATION OF GENEVIEVE VOSE WALLACE IN SUPPORT OF SUSMAN GODFREY, LLP'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT CRESTA TECHNOLOGY CORPORATION AND CRESTA TECHNOLOGY CORPORATION'S MOTION FOR A TEMPORARY STAY OF PROCEEDINGS**<br><br>Date: 5/26/15<br>Time: 10:00 AM<br>Courtroom: 5<br>Judge: Hon. Paul S. Grewal<br>Complaint filed: 7/16/2014 |

I, Genevieve Vose Wallace, declare as follows:

1. I am an active member of the State Bar of Washington and an attorney with the law firm of Susman Godfrey L.L.P. I am one of the attorneys representing Cresta Technology Corporation ("CrestaTech") in this matter. I am over the age of 18 and competent to testify to the facts stated herein.

2. CrestaTech knowingly and freely assents to Susman Godfrey's withdrawal and intends to obtain substitute counsel.

3. Until CrestaTech obtains substitute counsel, Susman Godfrey will continue to receive papers for forwarding purposes pursuant to Civil Local Rule 11-5(b).

4. Susman Godfrey informed counsel for Silicon Labs in writing of its intent to withdraw on April 20, 2015. On that same day, counsel for Silicon Labs informed counsel for CrestaTech that it would not object to the motion to withdraw. Silicon Labs does, however, object to any stay, including an extension of the *Markman*-related deadlines.

5. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed this 24th day of April, 2015, at Seattle, Washington.

                                              */s/ Genevieve Vose Wallace*
                                              Genevieve Vose Wallace

Case No 14-cv-03227-PSG                  1
Declaration of G. Wallace ISO Motion to Withdraw as Counsel and Cresta Technology Corporation's Motion for a Temporary Stay of Proceedings
3647862v3/014273

# PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1901 Avenue of The Stars, Suite 950, Los Angeles, California, 90067.

On April 24th, 2015, I served the foregoing document(s) described as follows:

## DOCUMENT NAME

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached service list, as follows:

BY MAIL:
_____ I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Seattle, Washington in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_____ BY PERSONAL SERVICE:
I caused to be delivered such envelope by hand to the offices of the addressee.

_____ BY FEDERAL EXPRESS OR OVERNIGHT COURIER

_____ BY FAX
I served by facsimile as indicated on the attached service list.

 XX  BY ELECTRONIC MAIL
I caused said documents to be prepared in portable document format (PDF) for e-mailing and served by electronic mail as indicated on the attached service list.

Executed on April 24th, 2015, at Los Angeles, California.

_____ (State) I declare under penalty of perjury under the laws of the State of Washington that the above is true and correct.

 XX  (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

  Laura E. Quenzel        _/s/ Laura E. Quenzel_____
   (Type or Print Name)              (Signature)

PROOF OF SERVICE

Case No 14-cv-03227-PSG

## **SERVICE LIST**

| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANTS** |
|---|---|
| **Robert Dawson** (81790)<br>robert.dawson@nortonrosefulbright.com<br>NORTON ROSE FULBRIGHT US LLP<br>555 South Flower Street, 41st Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 892-9200<br>Facsimile: (213) 892-9494<br><br>**Marc B. Collier** (*Pro Hac Vice*)<br>marc.collier@nortonrosefulbright.com<br>**Gilbert A. Greene** (*Pro Hac Vice*)<br>bert.greene@nortonrosefulbright.com<br>**Eric J. Wendler** (*Pro Hac Vice*)<br>eric.wendler@nortonrosefulbright.com<br>**James Hughes** (*Pro Hac Vice*)<br>james.hughes@nortonrosefulbright.com<br>**James G. Warriner** (*Pro Hac Vice*)<br>jim.warriner@nortonrosefulbright.com<br>NORTON ROSE FULBRIGHT US LLP<br>98 San Jacinto Blvd., Suite 1100<br>Austin, TX 78701<br>Telephone: (512) 474-5201<br>Facsimile: (512) 536-4598 | **Bryan J.E Caforio** (261265)<br>bcaforio@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1901 Avenue of the Stars, Suite 950<br>Los Angeles, CA 90067<br>Phone: (310) 789-3100<br>Fax:    (310) 789-3150<br><br>**Parker C. Folse, III** (*Pro Hac Vice*)<br>pfolse@susmangodfrey.com<br>**Genevieve Vose Wallace** (*Pro Hac Vice*)<br>gwallace@susmangodfrey.com<br>**Jenna G. Farleigh** (288811)<br>jfarleigh@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1201 Third Avenue, Suite 3800<br>Seattle, WA 98101<br>Phone: (206) 516-3880<br>Fax:    (206) 516-3883 |