Bryan J.E. Caforio (261265)
bcaforio@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Phone: (310) 789-3100
Fax: (310) 789-3150

Parker C. Folse, III (*Pro Hac Vice*)
Washington State Bar No. 24895
pfolse@susmangodfrey.com
Genevieve Vose Wallace (*Pro Hac Vice*)
Washington State Bar No. 38422
gwallace@susmangodfrey.com
Jenna G. Farleigh (288811)
jfarleigh@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Phone: (206) 516-3880
Fax: (206) 516-3883

*Attorneys for Defendant Cresta Technology Corporation*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| SILICON LABORATORIES INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CRESTA TECHNOLOGY CORPORATION, a Delaware Corporation,<br><br>Defendant. | Case No: 14-cv-03227-PSG<br><br>**REQUEST AND [~~PROPOSED~~] ORDER TO APPEAR TELEPHONICALLY AT HEARING ON SUSMAN GODFREY'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT CRESTA TECHNOLOGY CORPORATION AND CRESTA TECHNOLOGY CORPORATION'S MOTION FOR A TEMPORARY STAY OF PROCEEDINGS**<br><br>Date:         5/12/2015<br>Time:         10:00 AM<br>Courtroom:    5<br>Judge:   Hon. Paul S. Grewal<br>Complaint filed: 7/16/2014 |

Genevieve Vose Wallace, counsel of record for Defendant Cresta Technology Corporation, requests leave of Court to appear telephonically at the hearing on Susman Godfrey, LLP's Motion to Withdraw As Counsel For Defendant Cresta Technology Corporation And Cresta Technology Corporation's Motion For A Temporary Stay of Proceedings scheduled for May 12, 2015, at 10 AM.

Counsel requests to attend by phone to ensure the availability of lead counsel to present oral argument. Lead counsel, Genevieve Vose Wallace, has other scheduled client commitments for May 12, 2015, and is unable to attend in person.

Dated: May 1, 2015                          SUSMAN GODFREY L.L.P.

                                            By:   /s/ *Genevieve Vose Wallace*

                                            Bryan J.E. Caforio (261265)
                                            SUSMAN GODFREY L.L.P.

                                            Parker C. Folse, III (*Pro Hac Vice*)
                                            Genevieve Vose Wallace (*Pro Hac Vice*)
                                            Jenna G. Farleigh (288811)
                                            SUSMAN GODFREY L.L.P.

                                            *COUNSEL FOR CRESTA TECHNOLOGY CORPORATION*

## [~~PROPOSED~~] ORDER

IT IS SO ORDERED, the parties are permitted to participate by telephone in the Motion Hearing on May 12, 2015. Counsel is directed to call in via Court Call.

Dated: 5/1/2015

Paul S. Grewal
United States Magistrate Judge