1   MICHAEL J. IOANNOU (SBN 95208)
    LAEL D. ANDARA (SBN 215416)
2   MARIE E. SOBIESKI (SBN 278008)
    ROPERS, MAJESKI, KOHN & BENTLEY
3   50 West San Fernando Street, Suite 1400
    San Jose, CA  95113-2429
4   Telephone:  (408) 287-6262
    Facsimile:  (408) 918-4501
5   Email:  michael.ioannou@rmkb.com;
    lael.andara@rmkb.com; marie.sobieski@rmkb.com
6
    Attorneys for Defendant
7   CRESTA TECHNOLOGY CORPORATION

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12  SILICON LABORATORIES, INC.,          CASE NO.  14-cv-03227-PSG

13            Plaintiff,                 **DEFENDANT CRESTA TECHNOLOGY
                                         CORPORATION'S *UNOPPOSED* MOTION
14  v.                                   FOR EMERGENCY RELIEF FROM
                                         PATENT LOCAL RULE 4-3(c) AND FOR
15  CRESTA TECHNOLOGY                    LEAVE TO AMEND THE JOINT CLAIM
    CORPORATION,                         CONSTRUCTION AND PREHEARING
16                                       STATEMENT TO IDENTIFY THE
              Defendant.                 PARTIES' 10 MOST SIGNIFICANT
17                                       TERMS AS REQUIRED BY PATENT L.R.
                                         4-3(c)**
18
                                         **Local Patent Rule 4-3(c ); Civil Local Rule 7-
19                                       10**

20                                       Hearing Date:  August 11, 2015
                                         Hearing Time:  10:00 a.m.
21
                                         Courtroom: 5 (4th Floor)
22                                       Magistrate Judge Paul Grewal

23

24  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

25          PLEASE TAKE NOTICE that on August 11, 2015, at 10:00 a.m., in Courtroom 5 of the

26  above-entitled Court, located at 280 South 1st Street, San Jose, California, or as soon thereafter as

27  counsel may be heard, Defendant CRESTA TECHNOLOGY CORPORATION ("Cresta") will

28  and hereby does move this Honorable Court for emergency relief from Patent Local Rule 4-3(c)

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose

1  and for leave to amend the June 17, 2015 Joint Claim Construction and Prehearing Statement,

2  Docket #85 ("Prehearing Statement") to identify the parties' 10 Most Significant Terms, as

3  required by Patent L.R. 4-3(c).

4        This motion seeks an order granting Cresta emergency relief from the May 12, 2015 Order

5  and L.R. 4-3(c), and permitting the parties to amend the Prehearing Statement to replace section 3

6  with the following:

7        3.     Identification of Most Significant Terms (Pat.L.R. 4-3(c))

8        Pursuant to Patent Local Rule 4-3(c), the parties have identified the

9        claim terms they view as most significant to the resolution of the case:

10        Identified by SiLabs:

11        1.     "single integrated circuit." ('372 Patent, Claims 1, 11; '146

12        Patent, Claims 3, 6).

13        2.     "integrated within." ('441 Patent, Claims 1, 5, 7, 17, 18, 21, 25, 30).

14        3.     "[different capacitances so that they are] weighted with respect to each

15   

16        other ('441 Patent, Claims 5).

17        4.     "weighted capacitances with respect to each other." ('441 Patent, Claims 17).

18        5.     "frequency synthesizer." ('372 Patent, Claim 11; '441

19        Patent, Claims 1, 5, 7, 17, 18, 21, 25, 30).

20        Identified by CrestaTech:

21        1.     "wireless communication system."  ('372 Patent, Claims 1, 11, 18; '441 Patent, Claims 18, 30).

22        2.     "relative linear circuit behavior" ('372 Patent, Claims 1, 11)

23        3.     "the output frequency varying as a capacitance…" ('441

24        Patent, Claims 1, 5, 17, 25)

25        4.     "switches are MOS transistors" ('441 Patent, Claims 5, 17)

26        5.     "frequency band(s)" ('146 Patent, Claims 1, 2, 3, 4, 5, 6, 11, 12)

27        On June 16, 2015, Cresta retained new counsel, Ropers, Majeski, Kohn & Bentley

28  ("RMKB") to substitute in for prior counsel.  On June 16, 2015, the substitution was filed with

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose

1   this Court, and the order approving the withdrawal and substitution was entered on June 17, 2015,

2   the same date the Prehearing Statement was due.  Cresta was unable to identify and confirm the

3   10 "terms whose construction will be most significant to the resolution of the case" as required by

4   Patent L.R. 4-3(c) prior the deadline to file the Prehearing Statement.  While Cresta included an

5   explanatory statement in Section 3 of the Prehearing Statement regarding its inability to identify

6   the most significant terms, Cresta is presently not in compliance with the local patent rules or the

7   Court's May 12, 2015 Order (Docket #80) mandating that the parties file a (rule compliant) Joint

8   Claim Construction and Prehearing Statement by June 17, 2015.  Good cause therefore exists to

9   grant Cresta emergency relief from the Court's May 12, 2015 Order and Patent L.R. 4-3(c),

10  insofar as the June 17, 2015 Prehearing Statement fails to include Cresta's Most Significant

11  Terms.  Cresta has now had an opportunity to meet and confer with counsel for Plaintiff Silicon

12  Laboratories, Inc. ("SiLab") and the parties have agreed upon the Ten Most Significant Terms,

13  which are set forth herein.  Because there was only a two-day delay in identifying the Most

14  Significant Terms, no party will suffer any prejudice in amending the Prehearing Statement.

15  Furthermore, counsel for Cresta met and conferred with counsel for SiLab, who has indicated it

16  has no objection to the present motion.

17          This Motion is based on the Notice of Motion and Motion, the Memorandum of Points

18  and Authorities, the Declaration of Michael J. Ioannou, and upon arguments of counsel, the

19  pleadings, records and files herein, and upon such oral or documentary evidence as may be made

20  at the hearing on this Motion.

21

22

23

24

25

26

27

28

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose

<u>**MEMORANDUM OF POINTS AND AUTHORITIES**</u>

**I.**      <u>**RELEVANT PROCEDURAL HISTORY**</u>

On May 12, 2015, the Court entered its revised Scheduling Order, which included the requirement that the parties' filing of the Joint Claim Construction and Prehearing Statement on June 17, 2105.  (Docket No. #80).  On June 16, 2015, Ropers, Majeski, Kohn & Bentley ("RMKB") filed its motion to substitute in as counsel Cresta (Docket #83), and the order approving the withdrawal and substitution was entered on June 17, 2015 (Docket #84).  RMKB received a draft of the Joint Claims Construction Statement from SiLabs on June 16, 2015 at 1:41 p.m., one day before its due date.  (Declaration of Michael J. Ioannou, ¶ 5).

There are thirty-seven disputed terms in the parties' preliminary proposed claim constructions, exchanged in early May, 2015.  Ioannou decl., ¶ 5.  Given that RMKB had just been retained, it was unable to narrow the disputed terms to the 10 "most significant terms" prior to the deadline to file the June 17, 2015 Statement.  Specifically, RMKB was unable to contact a key engineering employee of Cresta who was in Europe and unavailable to facilitate the narrowing of the disputed terms to designate Cresta's "most significant terms" in time fo rhte deadline to file the Prehearing Statement.  Ioannou decl., ¶ 6.  RMKB met and conferred with counsel for SiLabs to request an extension of time to permit RMKB to get up to speed on the technical aspects involved in the litigation.  SiLabs refused to grant any extensions.  Therefore, on June 17, 2015, the statement was timely filed, listing SiLabs' seven most significant terms and a statement by Cresta that it could not, at that time, identify the terms Cresta asserts are most significant on the grounds that new counsel was substituted the day before.  See June 17, 2015 Statement, Section 3.

Subsequent to the filing of the Prehearing Statement, on June 18, 2015, the parties met and conferred and exchanged their five most significant terms to replace Section 3 of the filed Prehearing Statement.  The agreed-upon 10 Most Significant Terms are set forth in Section II, *infra*.

MOTION FOR EMERGENCY RELIEF FROM PATENT LOCAL
RULE 4-3(c) Case No. 14-cv-03227-PSG

**II.    GOOD CAUSE EXISTS TO GRANT CRESTA EMERGENCY RELIEF FROM PATENT LOCAL RULE 4-3(C) AND FOR LEAVE TO AMEND THE JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT TO IDENTIFY THE PARTIES' 10 MOST SIGNIFICANT TERMS AS REQUIRED BY PATENT L.R. 4-3(C)**

Good cause exists to grant Cresta emergency relief from Patent L.R. 4-3(c) on the grounds that, because the Prehearing Statement does not include Cresta's Most Significant Terms" Cresta is presently not in compliance with the Rule 4-3(c), or the Court's May 12, 2015 Order, mandating the filing of a (rule compliant) Prehearing Statement.

Cresta has now had an opportunity to confer with its key engineering employee, and to engage in a good faith meet and confer with SiLabs to agree upon the 10 most significant terms. The agreed-upon terms are as follows:

Identified by SiLabs:

1.    "single integrated circuit." ('372 Patent, Claims 1, 11; '146 Patent, Claims 3, 6).

2.    "integrated within." ('441 Patent, Claims 1, 5, 7, 17, 18, 21, 25, 30).

3.    "[different capacitances so that they are] weighted with respect to each other ('441 Patent, Claims 5).

4.    "weighted capacitances with respect to each other." ('441 Patent, Claims 17).

5.    "frequency synthesizer." ('372 Patent, Claim 11; '441 Patent, Claims 1, 5, 7, 17, 18, 21, 25, 30).

Identified by CrestaTech:

1.    "wireless communication system."  ('372 Patent, Claims 1, 11, 18; '441 Patent, Claims 18, 30).

2.    "relative linear circuit behavior" ('372 Patent, Claims 1, 11)

3.    "the output frequency varying as a capacitance…" ('441 Patent, Claims 1, 5, 17, 25)

4.    "switches are MOS transistors" ('441 Patent, Claims 5, 17)

5.    "frequency band(s)" ('146 Patent, Claims 1, 2, 3, 4, 5, 6, 11, 12)

Good cause exists to grant the parties leave to amend to the Prehearing Statement to replace the current section 3 with the above 10 Most Significant Terms on the grounds that the

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose

1   amended rule-compliant terms are being provided to the Court only two days after the deadline.

2   The proposed modification does not affect Court proceedings in this Action or reduce the time

3   available to the Court to review materials before the claim construction hearing. More

4   specifically, the proposed modifications do not affect the any other dates in the Scheduling Order.

5   **III.    CONCLUSION**

6          For the foregoing reasons, Defendant Cresta Technologies Corporation respectfully

7   requests an order granting Cresta relief from compliance with the May 12, 2015 order, and Patent

8   L. R. 4-3(c) requiring the parties to file a Joint Claim Construction and Prehearing Statement,

9   including the parties' 10 most significant terms.  Cresta also respectfully requests an order

10  amending the Joint Claim Construction and Prehearing Statement to replace section 3 with the

11  parties' 10 Most Significant Terms.

12

13  Respectfully submitted:  June 19, 2015          ROPERS, MAJESKI, KOHN & BENTLEY

14

15                                              By: /s/ Michael J. Ioannou
                                                    MICHAEL J. IOANNOU
16                                                  LAEL D. ANDARA
                                                    MARIE SOBIESKI
17                                                  Attorney for CRESTA TECHNOLOGIES
                                                    CORPORATION
18

19

20

21

22

23

24

25

26

27

28