MICHAEL J. IOANNOU (SBN 95208)
LAEL D. ANDARA (SBN 215416)
WENDY C. KROG (SBN 257010)
MARIE E. SOBIESKI (SBN 278008)
ROPERS, MAJESKI, KOHN & BENTLEY
50 West San Fernando Street, Suite 1400
San Jose, CA  95113-2429
Telephone:  (408) 287-6262
Facsimile:  (408) 918-4501
Email:  michael.ioannou@rmkb.com;
lael.andara@rmkb.com; marie.sobieski@rmkb.com;
wendy.krog@rmkb.com

Attorneys for Defendant
CRESTA TECHNOLOGY CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SILICON LABORATORIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> CRESTA TECHNOLOGY CORPORATION, <br><br> Defendant. | CASE NO. 14-cv-03227-PSG <br><br> **CRESTA TECHNOLOGY CORPORATION'S ADMINISTRATIVE MOTION TO EXCEED PAGE LIMIT OF ITS RESPONSIVE CLAIM CONSTRUCTION BRIEF, OR IN THE ALTERNATIVE, FOR LEAVE TO FILE A SHORTENED RESPONSIVE CLAIM CONSTRUCTION BRIEF BY AUGUST 21, 2015** <br><br> [N.D. CAL. L.R. 7-11] <br><br> Courtroom: 5 (4th Floor) <br> Magistrate Judge Paul Grewal |

In accordance with Northern District of California Civil Local Rule 7-11, Cresta Technology Corporation ("CrestaTech") respectfully moves the Court for leave to allow its 43-page Responsive Claim Construction Brief to remain as filed. CrestaTech will stipulate to Plaintiff Silicon Laboratories, Inc.'s ("Silicon Labs") Reply Claim Construction Brief exceeding its page limit from 15 to 25 pages. Civil Local Rule 7-4(b). In the alternative, CrestaTech requests leave to file a 35-page Responsive Claim Construction Brief by Friday, August 21, 2015.

Local Rule 7-4(b) expressly permits a party to move for miscellaneous administrative relief, including a motion "to exceed otherwise applicable page limitations." Because the local patent rules do not provide for a page limit on claim construction briefs, CrestaTech was unaware of the necessity of seeking leave of court to exceed any applicable page limit prior to filing its Responsive Claim Construction Brief. Late Monday, August 17, 2015, Silicon Labs' counsel contacted CrestaTech's counsel for the first time to meet and confer regarding the length of CrestaTech's brief. This motion to exceed the page limit is therefore being filed as soon as possible after CrestaTech learned of this Court's page limit for Claim Construction Briefs. *See* Declaration of Michael J. Ioannou ("Ioannou Decl."), ¶8, Ex. A, filed herewith.

CrestaTech requests that its 43-page brief be permitted to remain as filed due to the number of patents at issue, the related litigation, and other pertinent information as set forth in the Declaration of Michael J. Ioannou. Allowance of these additional pages will further aid efficiency and economy for all parties and the Court given the technological complexity and previous litigation history in this case.

Pursuant to Patent Local Rule 4-3, the parties each selected five terms for claim construction by the Court, for a total of ten disputed terms for claims constructions. *See* June 22, 2015 Joint Claims Construction and Prehearing Statement. Docket No. 90. However, in its Opening Claim Construction Brief, Silicon Labs combined two sets of terms originally listed separately ("single integrated circuit" with "integrated within"; and "[different capacitances so that they are] weighted with respect to each other" and "weighted capacitances with respect to each other") and added an additional term ("non-varacator diode"). It was therefore necessary for CrestaTech to address Silicon Labs' additional term in its responsive brief. Additionally, CrestaTech's Responsive Brief must address prior art and previous claims constructions that read on the parties' disputed terms. These issues are essential to the Court's claim construction. This litigation is of a highly technical nature and has a complex background and extensive prior litigation history. Silicon Labs was involved in litigation over the same Patents-in-Suit and including claims constructions for the same terms of art, *e.g. Silicon Laboratories, Inc. v. Analog Devices, Inc.*, Case No. 2:07-cv-0413 (E.D. Tex.); *Silicon Laboratories, Inc. v. Airoha*

*Technology Corp.*, Case No. 1:10-cv-0607 (W.D. Tex.); *MaxLinear, Inc. v. Silicon Laboratories, Inc.*, Case No. 3:12-cv-1161 (S.D. Cal.). These constructions are of the same terms in dispute now, and are therefore highly relevant to present constructions. Permitting CrestaTech's brief to stand as-is provides the necessary background of the patents and context for the claim constructions.

Furthermore, Silicon Labs has been aware since August 3, 2015 that CrestaTech intended to file a brief in excess of the 25-page limit.[1] Silicon Labs, however, waited until August 17, 2015, to raise any objection regarding the length of CrestaTech's brief. *Ioannou Decl.* at ¶8, Ex. A. Silicon Labs argues it will be unable to fully address all necessary topics in its Reply brief in only fifteen pages. *Id*. On August 18, 2015, CrestaTech offered to stipulate to allow Silicon Labs to exceed the 15-page limit for their Reply. *Id.* at ¶9, Ex. B. Silicon Labs replied that it would consent to only an additional "2-3 pages" for CrestaTech's Responsive Brief and would not seek any additional pages for its reply. *Id.* at ¶10, Ex. C. This is contrary to its previous assertions it needed additional pages to fully respond, and Silicon Labs now asserts it will be prejudiced without additional time. *Id.* It is important to note that Silicon Labs has had the benefit of early review of CrestaTech's brief, originally filed as an Opening Brief on August 3, 2015. The main substance of that brief is unchanged from the responsive brief filed on August 17, 2015, though CrestaTech has added response to Silicon Labs' constructions.

CrestaTech therefore moves this Court for leave to exceed the page limit for its Responsive Claim Construction Brief and to permit the brief to remain filed as-is, on the grounds that the entire brief addresses relevant contextual background material, previous litigation, and additional disputed terms raised by Silicon Labs. CrestaTech also proposes permitting Silicon Labs' to exceed the page limit on its Reply to 25 pages.

In the alternate, CrestaTech requests that the Court allow it to shorten its Responsive Brief to 35 pages, to be produced on August 18, 2015, and to extend Silicon Labs' Reply deadline from August 24, 2015 to August 28, 2015. No other pretrial dates or deadlines will be affected by this

---

[1] On August 3, 2015, CrestaTech filed a 35-page Opening Claim Construction Brief containing substantially the same information as the present Responsive Brief, which also includes responses to Silicon Labs' constructions. Doc. 100.

brief extension.

Date: August 19, 2015						ROPERS, MAJESKI, KOHN & BENTLEY


							By: */s/ Michael J. Ioannou*
							   MICHAEL J. IOANNOU
							   LAEL D. ANDARA
							   WENDY C. KROG
							   MARIE E. SOBIESKI

							*Attorneys for* **CRESTA TECHNOLOGY CORPORATION**