**NORTON ROSE FULBRIGHT US LLP**
ROBERT M. DAWSON (81790)
555 South Flower Street,
Forty-First Floor
Los Angeles, California  90071
Telephone:  (213) 892-9200
Facsimile:   (213) 892-9494
robert.dawson@nortonrosefulbright.com

MARC B. COLLIER (*pro hac vice*)
GILBERT A. GREENE (*pro hac vice*)
98 San Jacinto Boulevard, Suite 1100
Austin, Texas  78701
Telephone:  (512) 474-5201
Facsimile:   (512) 536-4598
bert.greene@ nortonrosefulbright.com
marc.collier@ nortonrosefulbright.com

Attorneys for Plaintiff
SILICON LABORATORIES INC.

**ROPERS, MAJESKI, KOHN & BENTLEY**
MICHAEL J. IOANNOU (SBN 95208)
LAEL D. ANDARA (SBN 215416)
MARIE E. SOBIESKI (SBN 278008)
50 West San Fernando Street, Suite 1400
San Jose, CA 95113-2429
Telephone: (408) 287-6262
Facsimile: (408) 918-4501
michael.ioannou@rmkb.com
lael.andara@rmkb.com
marie.sobieski@rmkb.com

Attorneys for Defendant
CRESTA TECHNOLOGY CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SILICON LABORATORIES INC., a Delaware Corporation,<br><br>  Plaintiff,<br><br> v.<br><br>CRESTA TECHNOLOGY CORPORATION, a Delaware Corporation,<br><br>  Defendant. | Civil Action No.  14-cv-03227-PSG<br><br>**PARTIES' JOINT ADMINISTRATIVE REQUEST FOR ORDER PERMITTING USE OF EQUIPMENT DURING COURT HEARING; [PROPOSED] ORDER**<br><br>Date:      September 4, 2015<br>Time:     10:00 a.m.<br>Location: Courtroom 5, 4th Floor<br>Judge:    Honorable Paul S. Grewal |

 Plaintiff Silicon Laboratories, Inc. ("Silicon Labs") and Defendant Cresta Technology Corporation ("CrestaTech") having jointly requested the Court's permission to bring electronic equipment into the Federal Courthouse at 280 South

DOCUMENT PREPARED ON RECYCLED PAPER

Case No.  14-cv-03227-PSG
JOINT ADMINISTRATIVE REQUEST AND [PROPOSED] ORDER PERMITTING USE OF EQUIPMENT DURING COURT HEARING

1st Street, San Jose, California for use during the claim construction hearing on Friday, September 4, 2015, in the courtroom of the Honorable Paul Singh Grewal, Courtroom 5, the Court orders as follows:

Equipment Requested by Silicon Labs:

1. 1 projector and extra bulb;
2. 3 laptops;
3. Miscellaneous cords, switches, and power strips to connect equipment.

Equipment Requested by CrestaTech:

1. 1 projector and extra bulb;
2. 1 projector screen;
3. 5 laptops;
4. Projector stand; and
5. Miscellaneous cords, switches, and power strips to connect equipment.

As such, pursuant to General Order 58, the Parties seek leave of the Court to permit their counsel and support staff to bring in to the courtroom the above-listed materials on September 4, 2015.

Dated:   September 2, 2015        **NORTON ROSE FULBRIGHT US LLP**

By */s/ Marc B. Collier*
MARC B. COLLIER
Attorney for Plaintiff
SILICON LABORATORIES INC.

DOCUMENT PREPARED ON RECYCLED PAPER

41865754.1                               - 1 -                         Case No.  14-cv-03227-PSG
JOINT ADMINISTRATIVE REQUEST AND PROPOSED ORDER PERMITTING USE OF EQUIPMENT DURING COURT HEARING

1
2           **ROPERS, MAJESKI, KOHN & BENTLEY**
3
4           By */s/ Michael J. Ioannou*
5                MICHAEL J. IOANNOU
               Attorney for Defendant
6                CRESTA TECHNOLOGY CORPORATION
7
8
...
28

## FILER'S ATTESTATION PURSUANT TO L.R. 5-1(i)(3)

I, Marc B. Collier, am the ECF User whose ID and password are being used to file "Joint Motion For Order Permitting Use of Equipment During Court Hearing." I hereby attest that concurrence in the filing of this document has been obtained from the other Signatory.

Date: September 2, 2015  */s/ Marc B. Collier*
Marc B. Collier

## CERTIFICATE OF SERVICE

I hereby certify on this 2nd day of September, 2015 that a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

Date: September 2, 2015  */s/ Marc B. Collier*
Marc B. Collier

DOCUMENT PREPARED ON RECYCLED PAPER

41865754.1 — - 3 - — Case No. 14-cv-03227-PSG
JOINT ADMINISTRATIVE REQUEST AND ~~PROPOSED~~ ORDER PERMITTING USE OF EQUIPMENT DURING COURT HEARING

## [~~Proposed~~] Order

IT IS ORDERED that, pursuant to General Order 58, the parties are given leave of the Court to permit their counsel and support staff to bring into the courtroom projection equipment, laptop computers for connection to the projection equipment, cables and other supporting computer peripherals on September 4, 2015.

Dated: ___9/3/2015___

Hon. Paul S. Grewal
United States Magistrate Judge