UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILICON LABORATORIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> CRESTA TECHNOLOGY CORPORATION, <br><br> Defendant. | Case No. 14-cv-03227-PSG <br><br> **ORDER RE: REQUEST FOR GUIDANCE ON EXPERT DISCOVERY AND REPORTS** <br><br> (Re: Docket Nos. 118, 122) |

Plaintiff Silicon Laboratories, Inc. seeks the court's guidance on issues related to upcoming depositions of Defendant Cresta Technology Corporation's experts.[1] Cresta Tech does not dispute that it bears the burden of proof on its affirmative defenses, including laches.[2] Because Cresta Tech's experts, Mihai Murgulescu and Matthew Lewis, failed to mention the issue in their opening reports, they should not have raised it in their rebuttal reports, and they may not testify to laches at trial. As for the documents that Cresta Tech allegedly produced for the first time as attachments to Lewis' rebuttal report, it appears that Cresta Tech is now rectifying any fact discovery oversights. Silicon Labs should use the deposition to take any further discovery on the issues to which these documents pertain. After the deposition, if Silicon Labs believes it still is prejudiced by the late production, it may move for further relief as necessary. Finally, the court encourages the parties to reach an agreement on the number of hours of deposition testimony that each of them will take from opposing experts. If Cresta Tech makes Murgulescu available for

---

[1] *See* Docket No. 118.

[2] *See* Docket No. 122.

separate depositions on infringement and validity, Silicon Labs should do the same for its technical expert.

**SO ORDERED.**

Dated: November 10, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge