MICHAEL J. IOANNOU (SBN 95208)
LAEL D. ANDARA (SBN 215416)
MARIE E. SOBIESKI (SBN 278008)
ROPERS, MAJESKI, KOHN & BENTLEY
50 West San Fernando Street, Suite 1400
San Jose, CA 95113-2429
Telephone: (408) 287-6262
Facsimile: (408) 918-4501
Email: michael.ioannou@rmkb.com;
lael.andara@rmkb.com; marie.sobieski@rmkb.com

Attorneys for Defendant
CRESTA TECHNOLOGY CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SILICON LABORATORIES, INC., | CASE NO. 14-cv-03227-PSG |
| Plaintiff, | **STIPULATION RE: DEPOSITIONS OF EXPERTS** |
| v. | |
| CRESTA TECHNOLOGY CORPORATION, | |
| Defendant. | |

The parties hereby stipulate to the following:

1. On **October 1, 2015**, the parties served their Opening Expert Disclosures and reports.

2. On **November 2, 2015**, the parties served their Rebuttal Expert Disclosure.

3. Upon receipt of Plaintiff's Rebuttal Expert Disclosure, Cresta's counsel met and conferred with counsel for Plaintiff pursuant to local rule 30-1, requesting Dr. Holberg's and Mr. Benoit's availability for deposition.

4. Counsel for Silicon Labs represented that Dr. Holberg and Mr. Benoit were available for deposition on November 11, 12, 18 and 19, 2015. Cresta's Counsel advised that he would be out of the Country until **December 5, 2015**. Counsel for Silicon Labs indicated those

1 were their only available dates for deposition prior to November 20, 2015.

2     5.    Discovery is set to close in this matter on **November 20, 2015**. As such, counsel for Defendant requested Silicon Labs to produce Dr. Holberg and Mr. Benoit for deposition by video conference after the close of discovery. As a professional courtesy, counsel for Silicon Labs has agreed to the request as long as the delaying of these depositions has no effect on the existing scheduling order. The parties have agreed to the depositions of Mr. Benoit on **December 7, 2015** and Dr. Holberg on **December 8 and 9, 2015**.

    6.    Based on the foregoing and the meet and confer of **November 6, 2015**, the parties agree that the depositions of Dr. Holberg and Mr. Benoit will take place after the close of expert discovery. By agreeing to this, the parties are not agreeing to extend any other discovery dates.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: 11/17/15      _____
    Attorneys for Silicon Laboratories, Inc.

DATED: 11/17/15      _____
    Attorneys for Cresta Technology Corporation

Date: November 18, 2015



GRANTED
Judge Paul S. Grewal
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose