UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILICON LABORATORIES, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CRESTA TECHNOLOGY CORPORATION,<br><br>　　　　Defendant. | Case No. 14-cv-03227-PSG<br><br>**ORDER RE: REQUEST FOR GUIDANCE ON EXPERT DISCOVERY AND REPORTS**<br><br>(Re:  Docket No. 125) |

　　　Plaintiff Silicon Laboratories, Inc. seeks the guidance of the court with respect to a "four inch stack" of financial documents.[1] Silicon Labs says that Defendant Cresta Technology Corp. produced these documents for the first time the evening before the expert deposition of Cresta Tech's damages expert, Matthew Lewis.[2] Lewis relied on several of the documents in forecasting revenues, but at his deposition he could not pick the relevant documents out of the stack of paper.[3] Lewis agreed to "track down the specific Bates number(s) requested,"[4] but Silicon Labs has not yet received that information, even though fact and expert discovery have now closed.[5]

　　　Enough time has passed.  Action is required.  Cresta Tech and Lewis shall identify by Bates number each of the documents on which Lewis relied.  Cresta Tech shall produce this

---

[1] Docket No. 125 at 2-4.

[2] *See id.* at 2-3.

[3] *See id.* at 3.

[4] Docket No. 129 at 2.

[5] *See* Docket No. 133.

information to Silicon Labs by December 4, 2015.  If Cresta Tech fails to do so by that date, Lewis may not testify as to any of the opinions that he formed in reliance on the unidentified documents.

**SO ORDERED.**

Dated: November 30, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge

2
Case No. 14-cv-03227-PSG
ORDER RE: REQUEST FOR GUIDANCE ON EXPERT DISCOVERY AND REPORTS