**NORTON ROSE FULBRIGHT US LLP**
ROBERT M. DAWSON (81790)
555 South Flower Street,
Forty-First Floor
Los Angeles, California  90071
Telephone:  (213) 892-9200
Facsimile:   (213) 892-9494
robert.dawson@nortonrosefulbright.com

MARC B. COLLIER (*pro hac vice*)
GILBERT A. GREENE (*pro hac vice*)
98 San Jacinto Boulevard, Suite 1100
Austin, Texas  78701
Telephone:  (512) 474-5201
Facsimile:   (512) 536-4598
bert.greene@ nortonrosefulbright.com
marc.collier@ nortonrosefulbright.com

Attorneys for Plaintiff
SILICON LABORATORIES INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SILICON LABORATORIES INC., a Delaware Corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CRESTA TECHNOLOGY CORPORATION, a Delaware Corporation,<br><br>　　　　Defendant. | Civil Action No.  14-cv-03227-PSG<br><br>**REQUEST AND [~~PROPOSED~~] ORDER TO APPEAR TELEPHONICALLY AT HEARING ON DEFENDANT CRESTA TECHNOLOGY CORPORATION'S MOTION FOR LEAVE TO AMEND ITS INVALIDITY CONTENTIONS PURSUANT TO PATENT LOCAL RULE 3-6**<br><br>Date:　　December 16, 2015<br>Time:　　4:45 p.m.<br>Location: Courtroom 5, 4th Floor<br>Judge:　　Honorable Paul S. Grewal |

Gilbert A. Greene, counsel of record for Plaintiff Silicon Laboratories, Inc. ("Silicon Labs") requests leave of Court to appear telephonically at the hearing on

Defendant Cresta Technology Corporation's Motion for Leave to Amend its Invalidity Contentions Pursuant to Patent Local Rule 3-6 scheduled for December 16, 2015, at 4:45 PM.

Counsel requests to attend by phone to ensure the availability of counsel to present oral argument. Both Mr. Greene and Silicon Labs' lead counsel, Marc B. Collier, have other scheduled client commitments for December 16, 2015, and are unable to attend in person.

Dated: <u>December 4, 2015</u>

                                      NORTON ROSE FULBRIGHT US LLP

                                      By <u>/s/ Gilbert A. Greene</u>
                                            GILBERT A. GREENE
                                            Attorneys for Plaintiff
                                            SILICON LABORATORIES INC.

## CERTIFICATE OF SERVICE

I hereby certify on this 4TH day of December, 2015 that a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

Date: December 4, 2015                            */s/ Gilbert A. Greene*
                                                            Gilbert A. Greene

# [~~PROPOSED~~] ORDER

**IT IS HEREBY ORDERED**, the parties are permitted to participate by telephone in the Motion Hearing on December 16, 2015. Counsel is directed to call in via Court Call.

Dated: _____12/4/2015_____

*[Signature]*
Hon. Paul S. Grewal
United States Magistrate Judge