UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILICON LABORATORIES, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>CRESTA TECHNOLOGY CORPORATION,<br><br>    Defendant. | Case No. 14-cv-03227-PSG<br><br>**ORDER DENYING MOTIONS TO SEAL**<br><br>**(Re: Docket Nos. 164, 167, 175)** |

Before the court are three administrative motions to seal.[1] Parties moving to seal documents must comply with the procedures established by Civ. L.R. 79-5. "Within 4 days of the filing of the Administrative Motion to File Under Seal, the Designating Party must file a declaration as required by subsection 79-5(d)(1)(A) establishing that all of the designated material is sealable."[2] The designating party has not filed such a declaration to support any of these motions. All three motions to seal therefore are DENIED. The submitting party shall "file[] . . . unredacted version[s] of the document[s] within 7 days."[3]

**SO ORDERED.**

Dated: January 27, 2016

                                                                          _____
                                                                          PAUL S. GREWAL
                                                                          United States Magistrate Judge

---

[1] *See* Docket Nos. 164, 167, 175.

[2] Civ. L.R. 79-5(e)(1).

[3] Civ. L.R. 79-5(f)(2).

Case No. 14-cv-03227-PSG
ORDER DENYING MOTIONS TO SEAL

1