UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILICON LABORATORIES, INC., <br><br>Plaintiff, <br><br>v. <br><br>CRESTA TECHNOLOGY CORPORATION, <br><br>Defendant. | Case No. 14-cv-03227-PSG <br><br>**ORDER DENYING MOTIONS TO SEAL** <br><br>**(Re: Docket Nos. 216, 219, 221, 223, 231, 233)** |

Before the court are six administrative motions to seal by Defendant Cresta Technology Corporation.[1] In each of these motions, CrestaTech seeks to file under seal entire documents because, it claims, they contain confidential information. Pursuant to Civ. L.R. 79-5(b), a request to seal documents "must be narrowly tailored to seek sealing only of sealable material."[2] None of these motions comply with Civ. L.R. 79-5, and they are DENIED without prejudice.[3]

**SO ORDERED.**

Dated: March 7, 2016

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket Nos. 216, 219, 221, 223, 231, 233.

[2] Also, the "unredacted version of the document" must indicate "by highlighting or other clear method, the portions of the document that have been omitted from the redacted version." Civ. L.R. 79-5(d)(1)(d).

[3] CrestaTech has filed another motion that seeks sealing of only certain portions of a document. *See* Docket No. 226. The court does not address that motion here.