UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILICON LABORATORIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> CRESTA TECHNOLOGY CORPORATION, <br><br> Defendant. | Case No. 14-cv-03227-PSG <br><br> **ORDER RE: DISPUTE OVER DISCLOSURE OF PLAINTIFF'S CONFIDENTIAL BUSINESS INFORMATION** <br><br> **(Re:  Docket No. 202, 209, 235)** |

In a pair of letters filed with the court, Plaintiff Silicon Laboratories, Inc. alleges that counsel for Defendant Cresta Technology Corporation allowed unauthorized CrestaTech employees access to documents containing Silicon Labs' confidential business information.[1] CrestaTech objects that it has done nothing wrong.[2]  The court will hear any arguments on this issue at the upcoming pretrial conference, scheduled for March 18, 2016 at 10:00 AM.

**SO ORDERED.**

Dated: March 7, 2016

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket Nos. 202, 235.

[2] *See* Docket Nos. 209, 235-2.

1

Case No. 14-cv-03227-PSG
ORDER RE: DISPUTE OVER DISCLOSURE OF PLAINTIFF'S CONFIDENTIAL BUSINESS INFORMATION