UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILICON LABORATORIES, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>CRESTA TECHNOLOGY CORPORATION,<br><br>    Defendant. | Case No. 14-cv-03227-PSG<br><br>**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTIONS IN LIMINE**<br><br>**(Re:  Docket No. 213)** |

Now before the court are no fewer than 45 motions in limine by Plaintiff Silicon Laboratories, Inc.[1]  A brief perusal reveals any number of motions that are at best unnecessary and at worst ridiculous.  For example, Silicon Labs' third motion in limine asks the court to do nothing more than apply Fed. R. Evid. 408, which would apply in any event.  Similarly, the fourth motion in limine, as well as numbers 38 through 42, seek to bar previously unidentified witnesses from testifying at trial, which Fed. R. Civ. P. 26(a)(3) already precludes.  And on and on it goes.

Motions in limine are not designed to ensure the perfect trial.  They serve a much more limited purpose—to avoid errors at trial that the court cannot cure by sustaining an objection or issuing a corrective instruction to the jury.  Silicon Labs' motions, taken as a whole, ignore these boundaries completely.

All 45 of Silicon Labs' motions in limine are DENIED.  No later than Friday, March 11, 2016, Silicon Labs shall re-file no more than seven motions in limine—in one filing no longer than 12 pages—that truly require intervention by the court.  Defendant Cresta Technology

---

[1] *See* Docket No. 213.

1
Case No. 14-cv-03227-PSG
ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTIONS IN LIMINE

1  Corporation shall have until Tuesday, March 15, 2016 to file any opposition.  The court will
2  consider the motions at the final pretrial conference on Friday, March 18, 2016.
3  **SO ORDERED.**
4  Dated: March 9, 2016

_____
PAUL S. GREWAL
United States Magistrate Judge