| | |
|---|---|
| MICHAEL J. IOANNOU (SBN 95208) | ROBERT M. DAWSON (81790) |
| LAEL D. ANDARA (SBN 215416) | MARC B. COLLIER (pro hac vice) |
| MARIE E. SOBIESKI (SBN 278008) | GILBERT A. GREENE (pro hac vice) |
| ROPERS, MAJESKI, KOHN & BENTLEY | NORTON ROSE FULBRIGHT US LLP |
| 50 West San Fernando Street, Suite 1400 | 98 San Jacinto Boulevard, Suite 1100 |
| San Jose, CA 95113-2429 | Austin, Texas 78701 |
| Telephone: (408) 287-6262 | Telephone: (512) 474-5201 |
| Facsimile: (408) 918-4501 | Facsimile: (512) 536-4598 |
| Email: michael.ioannou@rmkb.com; | robert.dawson@nortonrosefulbright.com |
| lael.andara@rmkb.com; | bert.greene@ nortonrosefulbright.com |
| marie.sobieski@rmkb.com | marc.collier@ nortonrosefulbright.com |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |
| CRESTA TECHNOLOGY CORP. | SILICON LABORATORIES INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SILICON LABORATORIES, INC., | CASE NO. 14-cv-03227-JCS |
| Plaintiff, | **JOINT REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** |
| v. | |
| CRESTA TECHNOLOGY CORPORATION, | Date: 8/12/2016<br>Time: 2:00 PM<br>Courtroom: G<br>Judge: Honorable Joseph C. Spero |
| Defendant. | |

Plaintiff Silicon Laboratories, Inc. ("Silicon Labs") and Cresta Technology Corporation ("CrestaTech"), hereby jointly request leave to appear telephonically at the case management conference, set for August 12, 2016, at 2 p.m.

- Lead attorney Marc B. Collier will appear telephonically for Plaintiff Silicon Labs.
- Lead attorney Lael D. Andara will appear telephonically for Defendant CrestaTech.

The parties will use the following conference call number, which the Courtroom Deputy may dial to commence the hearing: **Conference call number: 866.203.7023.** Counsel will provide the Courtroom Deputy with the necessary conference code by email to jcscrd@cand.uscourts.gov.

Dated:   August 5, 2016

ROPERS, MAJESKI, KOHN & BENTLEY

By _/s/ Lael D. Andara_ (by permission)
  MICHAEL J. IOANNOU
  LAEL D. ANDARA
  MARIE SOBIESKI
  Attorneys for CRESTA TECHNOLOGY CORPORATION

NORTON ROSE FULBRIGHT US LLP

By _/s/ Marc B. Collier_
  MARC B. COLLIER
  Attorney for Plaintiff
  SILICON LABORATORIES, INC.

### ORDER PERMITTING TELEPHONIC APPEARANCES

The above JOINT REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE is approved.

IT IS SO ORDERED.

Dated: __8/08/2016__

_____
Joseph C. Spero
United States Chief Magistrate Judge

[SEAL: GRANTED — Judge Joseph C. Spero — United States District Court, Northern District of California]

## CERTIFICATE OF SERVICE

I hereby certify on this 5th day of August, 2016 that a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

Date: August 5, 2016            */s/ Marc B. Collier*
                                Marc B. Collier