UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| SILICON LABORATORIES, INC., | CASE NO. 14-cv-03227-JCS |
|---|---|
| Plaintiff, | **[PROPOSED]** ORDER GRANTING JOINT STIPULATION TO CONTINUE DATES FOR CASE MANAGEMENT STATEMENT AND STATUS CONFERENCE |
| v. | |
| CRESTA TECHNOLOGY CORPORATION, | |
| Defendant. | |

The Court, having reviewed the Joint Stipulation to Continue Dates for Case Management Statement and Status Conference filed by Plaintiff Silicon Laboratories, Inc., Defendant Cresta Technology Corporation and DBD Credit Funding LLC, and CF Crespe LLC, and for good cause appearing, IT IS ORDERED that the Joint Stipulation is GRANTED. The June 9, 2017 deadline for the parties to file a further Case Management Statement and the June 16, 2017 Status Conference are vacated and are rescheduled for July 7, 2017, and July 14, 2017 at 2:00 p.m., respectively.

Dated: June 9, 2017  _____

Chief Magistrate Judge Joseph C. Spero