| | |
|---|---|
| PETER J. BENVENUTTI (SBN 60566)<br>JANE KIM (SBN 298192)<br>**KELLER & BENVENUTTI LLP**<br>650 California Street, Suite 1900<br>San Francisco, California 94108<br>Telephone: (415) 364-6798<br>Facsimile: (650) 636-9251<br>pbenvenutti@kellerbenvenutti.com<br>jkim@kellerbenvenutti.com<br><br>ELIZABETH DAY (SBN 177125)<br>MARC BELLOLI (SBN 244290)<br>mbelloli@feinday.com<br>DAVID ALBERTI (SBN 220265)<br>dalberti@feinday.com<br>**FEINBERG DAY ALBERTI LIM<br>& BELLOLI LLP**<br>1600 El Camino Real, Suite 280<br>Menlo Park, CA 94025<br>Tel: 650.618.4360<br>Fax: 650.618.4368<br><br>Attorneys for Defendants DBD Credit Funding LLC and CF Crespe LLC. | NORTON ROSE FULBRIGHT US LLP<br>ROBERT M. DAWSON (81790)<br>555 South Flower Street, Forty-First Floor<br>Los Angeles, California  90071<br>Telephone:   (213) 892-9200<br>Facsimile:     (213) 892-9494<br>robert.dawson@nortonrosefulbright.com<br><br>MARC B. COLLIER (pro hac vice)<br>JAMES I. HUGHES (pro hac vice)<br>98 San Jacinto Boulevard, Suite 1100<br>Austin, Texas 78701<br>Telephone: (512) 474-5201<br>Facsimile:  (512) 536-4598<br>bert.greene@nortonrosefulbright.com<br>marc.collier@nortonrosefulbright.com<br><br>*Attorneys for Plaintiff*<br>SILICON LABORATORIES INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SILICON LABORATORIES, INC.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CRESTA TECHNOLOGY CORPORATION,<br><br>　　　　　Defendant. | CASE NO. 14-cv-03227-JCS<br><br>**STIPULATION AND JOINT MOTION TO DISMISS CIVIL ACTION; ORDER THERE ON**<br><br>Judge: Honorable Joseph C. Spero |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Silicon Laboratories, Inc. and Defendants DBD Credit Funding LLC and CF Crespe LLC, having settled their dispute, hereby stipulate and agree to, and hereby request the court to order, a dismissal with prejudice of

all claims and counterclaims, defenses, and prayers for relief in this action.  Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: September 26, 2018

| | |
|---|---|
| **KELLER & BENVENUTTI LLP**<br><br>By /s/ _(signature)_<br>PETER J. BENVENUTTI (SBN 60566)<br>JANE KIM (SBN 298192)<br>650 California Street, Suite 1900<br>San Francisco, California 94108<br>Telephone: (415) 364-6798<br>Facsimile: (650) 636-9251<br>pbenvenutti@kellerbenvenutti.com<br>jkim@kellerbenvenutti.com<br><br>FEINBERG DAY ALBERTI LIM & BELLOLI LLP<br>ELIZABETH DAY (SBN 177125)<br>eday@feinday.com<br>MARC BELLOLI (SBN 244290)<br>mbelloli@feinday.com<br>DAVID ALBERTI (SBN 220265)<br>dalberti@feinday.com<br>1600 El Camino Real, Suite 280<br>Menlo Park, CA 94025<br>Tel: 650.618.4360<br>Fax: 650.618.4368<br><br>_Attorneys for Defendants_<br>DBD Credit Funding LLC and CF Crespe LLC | NORTON ROSE FULBRIGHT US LLP<br><br>By _/s/ Marc B. Collier_*<br>     MARC B. COLLIER<br><br>ROBERT M. DAWSON (81790)<br>555 South Flower Street,<br>Forty-First Floor<br>Los Angeles, California  90071<br>Telephone:   (213) 892-9200<br>Facsimile:    (213) 892-9494<br>robert.dawson@nortonrosefulbright.com<br><br>MARC B. COLLIER (_pro hac vice_)<br>JAMES I. HUGHES (_pro hac vice_)<br>98 San Jacinto Boulevard, Suite 1100<br>Austin, Texas  78701<br>Telephone:   (512) 474-5201<br>Facsimile:    (512) 536-4598<br>marc.collier@nortonrosefulbright.com<br>james.hughes@nortonrosefulbright.com<br><br>Attorneys for Plaintiff<br>SILICON LABORATORIES INC.<br><br>*Signed with permission |

ORDER

IT IS SO ORDERED.

Dated: _____

_____
JOSEPH C. SPERO
CHIEF MAGISTRATE JUDGE